John C. Davis, Respondent, *v.* The City of Syracuse, Appellant.

*Davis* v. *City of Syracuse,* 54 App. Div. 618, affirmed.
(Argued January 17, 1902; decided January 31, 1902.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 1, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*M. Z. Haven, Corporation Counsel (A. H. Cowie* and *James S. Thorn,* of counsel), for appellant.

*H. M. Van Bergen* and *Frank C. Sargent* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Gray, O'Brien, Bartlett, Haight and Martin, JJ. Dissenting: Parker, Ch. J. Not voting: Vann, J.